United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD RYAN OSWALD,

Plaintiff,

v.

MV TRANSPORTATION, INC., et al.,

Defendants.

Case No.  25-cv-03053-AMO

**ORDER COMPELLING REMAINING CLAIM TO ARBITRATION**

Re: Dkt. No. 28

On January 5, 2026, the Court granted Defendants' motion for judgment on the pleadings. *See* Dkt. No. 27.  Defendants thereafter requested that the Court resolve the remaining cause of action for business expense reimbursement.  The Court finds that Plaintiff has a valid, enforceable arbitration agreement under the Federal Arbitration Act and is ORDERED to arbitrate the remaining non-preempted portion of his individual PAGA claim (Tenth Cause of Action for allege expense reimbursement) in accordance with the terms of the arbitration agreement.  *See Viking River Cruises v. Moriana*, 596 U.S. 639, 659-62 (2022); *see also Adolph v. Uber Technologies, Inc.*, 14 Cal. 5th 1104, 1118-19 (2023).

The non-individual PAGA claims that are not preempted by the LMRA are STAYED pending completion of Plaintiff's individual arbitration proceeding pursuant to Title 9 U.S.C. § 3.

**IT IS SO ORDERED.**

Dated: February  4 , 2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**